IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF A SUBPOENA FOR CERTAIN INFORMATION ASSOCIATED WITH EMAIL ACCOUNT alqadah@gmail.com STORED AT THE PREMISES OF GOOGLE, LLC. | Case No. MJ-19-0129-B<br><br>Filed Under Seal |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, LLC an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the subpoena) of the existence of the attached subpoena until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation, including by giving targets an opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google LLC. shall not disclose the existence of the attached subpoena, or this Order of the Court, to the listed subscriber or to any other person for a period of one (1) year unless and until otherwise authorized to do so by the Court, except that Google, LLC. may disclose the attached subpoena to an attorney for Google, LLC for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed for one year unless the government seeks and the court approves an extension.

July 16, 2019
Date

U.S. Magistrate Judge Sonja F. Bivins
Honorable Katherine P. Nelson
United States Magistrate Judge

Sonja F. Bivins

*Digitally signed by U.S. Magistrate Judge Sonja F. Bivins*
*DN: cn=U.S. Magistrate Judge Sonja F. Bivins, o=Southern District of Alabama, ou=U.S. District Court, email=efile_Bivins@alsd.uscourts.gov, c=US*
*Date: 2019.07.16 11:43:41 -06'00'*